IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| STEPHEN R. GOODMAN, | § | |
| | § | No. 140, 2021 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID No. 1712013817 (N) |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted:  July 20, 2021
Decided:  August 19, 2021

Before **SEITZ**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

## **O R D E R**

After careful consideration of the appellant's opening brief, the appellee's motion to affirm, and the record on appeal, we conclude that the judgment below should be affirmed on the basis of and for the reasons stated in the Superior Court's April 29, 2021 order denying the appellant's motion for correction of an illegal sentence.[1]

NOW, THEREFORE, IT IS HEREBY ORDERED that the motion to affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ Karen L. Valihura_____
Justice

---

[1] *State v. Goodman*, 2021 WL 1690028 (Del. Super. Ct. Apr. 29, 2021).